# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ben Haim et al. *Plaintiff* v. Islamic Republic of Iran et al. *Defendant* | Case No. 16-mc-95 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs.

Date: 01/23/2026

/s/ Charlie Gerstein
*Attorney's signature*

Charlie Gerstein, CG0466
*Printed name and bar number*

1629 Columbia Rd. NW, Ste 302
Washington, DC 20009
*Address*

charlie@gerstein-harrow.com
*E-mail address*

(202) 670-4809
*Telephone number*

*FAX number*